1  PATTERSON BELKNAP WEBB & TYLER LLP
    Steven A. Zalesin (*pro hac vice*)
2  Michelle W. Cohen (*pro hac vice*)
    1133 Avenue of the Americas
3  New York, NY 10036-6710
    Telephone:  (212) 336-2000
4  Facsimile:    (212) 336-2222

5  SHOOK HARDY & BACON LLP
    Tammy B. Webb
6  One Montgomery Tower, Suite 2700
    San Francisco, CA 94104
7  Telephone: 415-544-1904
    Facsimile: 415-391-0281
8  tbwebb@shb.com

9
   *Attorneys for Defendant*
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| JACKIE FITZHENRY-RUSSELL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                             Plaintiff,<br><br>        vs.<br><br>THE COCA-COLA COMPANY<br><br>                             Defendant. | Case No. 5:17-CV-00603-EJD<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>Case Removed:  February 6, 2017<br>Hearing Date:  May 25, 2017<br>Time:  9:00 a.m.<br>Courtroom:  4<br>Judge:  Honorable Edward J. Davila |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE THAT Defendant The Coca-Cola Company hereby respectfully request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following document:

      1.     The label on Seagram's Ginger Ale 12-ounce cans, listing the ingredients in Seagram's Ginger Ale, a true and correct copy of which is attached hereto as Exhibit A.

Dated:      March 13, 2017

Respectfully submitted,

  /s/  Steven A. Zalesin

Steven A. Zalesin (*pro hac vice*)
Michelle W. Cohen (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: 212-336-2000
Facsimile: 212-336-2222
sazalesin@pbwt.com
mcohen@pbwt.com

Tammy B. Webb
SHOOK HARDY & BACON LLP
One Montgomery Tower, Suite 2700
San Francisco, CA 94104
Telephone:  415-544-1904
Facsimile:  415-391-0281
tbwebb@shb.com

*Attorneys for Defendant The Coca-Cola Company*