# EXHIBIT A

LITHO LIMIT  (8.29")

TYPE LIMIT  (7.71")

LITHO LIMIT (4.46")

TYPE LIMIT (4.28")

TRAIL EDGES OF THE DESIGN WILL OVERLAP IN THIS SHADED AREA

TRAIL EDGES OF THE DESIGN WILL OVERLAP IN THIS SHADED AREA



# Seagram's

# Seagram's

**GINGER ALE**

**GINGER ALE**

MADE WITH **REAL GINGER**

MADE WITH **REAL GINGER**

TRADITION

INTEGR

130 CALORIES PER CAN

12 FL OZ (355 mL)   CAFFEINE FREE

NATURALLY FLAVORED GINGER ALE WITH OTHER NATURAL FLAVORS

## Nutrition Facts
Serv. Size 1 Can

Amount Per Serving

| Calories 130 | |
|---|---|
| | % Daily Value* |
| Total Fat 0g | 0% |
| Sodium 40mg | 2% |
| Total Carb. 33g | 11% |
| Sugars 33g | |
| Protein 0g | |

Not a significant source of fat cal., sat. fat, trans fat, cholest., fiber, vitamin A, vitamin C, calcium and iron.
*Percent Daily Values are based on a 2,000 calorie diet.

CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL FLAVORS, POTASSIUM BENZOATE (TO PROTECT TASTE), GINGER, CARAMEL COLOR, SODIUM BENZOATE (TO PROTECT TASTE). CANADA UNDER AUTHORITY OF THE COCA-COLA COMPANY, ATLANTA, GA 30313 BY A MEMBER OF THE COCA-COLA BOTTLERS' ASSOCIATION, ATLANTA, GA 30327.

SEAGRAM'S and the SEAGRAM'S CREST design are registered trademarks of LDI (Cayman) Ltd and used under license. ©2016 LDI (Cayman) LTD.
CONSUMER INFORMATION CALL 1-866-670-7249

please recycle

http://coke url.com/q/ 2016-00069

smartlabel

FPO

0-72979-00414-3

0-72979-00069
12 FL OZ